UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   CV 14-01839 DDP (JCx)                                    Dated: August 13, 2015

Title:   IVAN RUBTSOV, ANA TZUBERY, and V.R., a minor, by and through her Guardian Ad Litem, Nick Rubtsov -v- LOS ANGELES COUNTY DEPARTMENT OF CHILDREN AND FAMILY SERVICES, MICHAEL WATROBSKI
========================================================================
PRESENT:   HONORABLE DEAN D. PREGERSON, JUDGE

   John A. Chambers                                      None Present
   Courtroom Deputy                                      Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

   None                                                   None

PROCEEDINGS:          MINUTE ORDER (IN CHAMBERS)


   **COUNSEL ARE NOTIFIED** that on the Court's own motion the MOTION TO DISMISS CASE (FOURTH AMENDED COMPLAINT) FILED BY DEFENDANT LOS ANGELES COUNTY DEPARTMENT OF CHILDREN AND FAMILY SERVICES, XAVIER ROSALES, IAN ROSEN, MICHAEL WATROBSKI (DOCKET NUMBER 55) set for August 17, 2015 at 10:00 a.m., is hereby taken off calendar, the hearing date vacated and will be decided without oral argument.


MINUTES FORM 11                                          Initials of Deputy Clerk: JAC
CIVIL -- GEN