UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN RUBTSOV, ANA TZUBERY, and V.R. a minor, by and through her Guardian ad Litem, Nick Rubtsov,<br><br>Plaintiffs,<br>vs.<br>LOS ANGELES COUNTY DEPARTMENT OF CHILDREN AND FAMILY SERVICES; MICHAEL WATROBSKI, and DOES 1-20,<br><br>Defendants | Case No.: CV 14-1839 DDP JCx<br><br>JUDGMENT IN FAVOR OF COUNTY DEFENDANTS AFTER RULING ON MOTION FOR SUMMARY JUDGMENT<br><br>[The Honorable Dean D. Pregerson] |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

Having considered the Motion for Summary Judgment filed by defendants, COUNTY OF LOS ANGELES, [erroneously sued as Los Angeles County Department of Children and Family Services], MICHAEL WATROBSKI, IAN ROSEN, and XAVIER ROSALES (hereinafter "County Defendants"), the evidence presented in support thereof, Plaintiffs' Opposition to the County

Proposed Judgment - 1

Defendants' Motion for Summary Judgment, the County Defendants' Reply thereto, Plaintiffs' Supplemental Evidence, as well as the parties' oral argument on the motion, the Court GRANTED County Defendants Motion for Summary Judgment in its entirety on December 4, 2018. [Doc. 161].

It is now therefore, ORDERED, ADJUDGED AND DECREED that defendants, COUNTY OF LOS ANGELES, [erroneously sued as Los Angeles County Department of Children and Family Services], MICHAEL WATROBSKI, IAN ROSEN, and XAVIER ROSALES (hereinafter "County Defendants"), are entitled to judgment in their favor and against Plaintiffs, and that Plaintiffs recover nothing by reason of each claim asserted against the County Defendants, and that the County Defendants shall recover costs in accordance with Local Rule 54.

DATED: 12-10-18 _____

HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE